■ In the Matter of Derrick Harris, Petitioner, v Richard Carruthers, Respondent. [21 NYS3d 618]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ.

■ The People of the State of New York, Respondent, v Jesus Agosto, Appellant. [21 NYS3d 618]—Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered October 17, 2013, convicting defendant, upon his plea of guilty, of burglary in the third degree (Penal Law § 140.20), and sentencing him to an aggregate term of from 1 to 3 years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.